No. 71–1256. PUGH *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 71–1278. CHEVRON OIL CO., CALIFORNIA COMPANY DIVISION *v.* ROYAL INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–1283. METROPOLITAN SEWERAGE COMMISSION OF COUNTY OF MILWAUKEE *v.* FATTORE CO., INC. C. A. 7th Cir. Certiorari denied.

No. 71–1320. HANRAHAN ET AL. *v.* SEARS ET AL. Sup. Ct. Ill. Certiorari denied.

No. 71–5572. CONNER *v.* WINGO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 71–5830. JONES *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 71–5858. GRINDSTAFF *v.* MISSOURI ET AL. Sup. Ct. Mo. Certiorari denied.

No. 71–5886. GILREATH *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 71–5899. WHITE *v.* TENNESSEE. C. A. 6th Cir. Certiorari denied.

No. 71–5914. SYKES *v.* CADY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 71–5920. DURLEY *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.